(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>District of Colorado | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Beacon, Gordon Stuart** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Beacon, Anne Johnston** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Gordon S. Beacon**<br>**Gordon Beacon**<br>**fdba Beacon Imaging** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Anne J. Beacon**<br>**Anne Beacon** |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **5589** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **0339** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**6480 Honey Grove**<br>**Apt. 306**<br>**Colorado Springs, CO  80918** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**6730 Snowbird Place**<br>**Colorado Springs, CO  80918** |
| County of Residence or of the<br>Principal Place of Business:    **El Paso** | County of Residence or of the<br>Principal Place of Business:    **El Paso** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply)<br>☑ Individual(s)         ☐ Railroad<br>☐ Corporation        ☐ Stockbroker<br>☐ Partnership        ☐ Commodity Broker<br>☐ Other _____        ☐ Clearing Bank | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box)<br>☑ Chapter 7      ☐ Chapter 11      ☐ Chapter 13<br>☐ Chapter 9      ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business   ☐ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**VOLUNTARY PETITION**

(Official Form 1) (12/03)

FORM B1, Page 2

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Beacon, Gordon Stuart & Beacon, Anne Johnston**

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Gordon Stuart Beacon**
Signature of Debtor    **Gordon Stuart Beacon**

X **/s/ Anne Johnston Beacon**
Signature of Joint Debtor    **Anne Johnston Beacon**

Telephone Number (If not represented by attorney)

**August 5, 2005**
Date

### Signature of Attorney

X **/s/ John Turner**
Signature of Attorney for Debtor(s)

**John Turner 13017**
Printed Name of Attorney for Debtor(s)

**John Turner Attorney At Law**
Firm Name

**303 S. Cascade Avenue, Suite 101**
Address

**Colorado Springs, CO 80903**

**(719) 632-2022**
Telephone Number

**August 5, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **/s/ John Turner**    **8/05/05**
Signature of Attorney for Debtor(s)    Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**VOLUNTARY PETITION**

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                                      Case No. _____

Beacon, Gordon Stuart & Beacon, Anne Johnston                              Chapter **7** _____
Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

    Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

    *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

    *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **24,690.00** | **Gordon:** |
| | **2005    The Boeing Company** |
| **58,515.67** | **Gordon:** |
| | **2004    The Boeing Company** |
| **42,584.19** | **Gordon:** |
| | **2003    The Boeing Company, Visual Imaging Products,  ADP** |
| **7,274.30** | **(estimated) Anne:** |
| | **2005    School District #20, Marshall's** |
| **13,822.18** | **Anne:** |
| | **2004    School District #20** |
| **14,093.24** | **Anne:** |
| | **2003    School District #20** |

---

**2. Income other than from employment or operation of business**

None
☐
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **6,680.00** | **Gordon:** |
| | **2005    Military Retirement** |
| **1,680.00** | **Gordon:** |
| | **2005    VA Disability** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| 4,378.00 | Gordon: |
| | **2003   Unemployment Compensation** |
| 15,593.00 | Gordon: |
| | **2003   Military Retirement** |
| 0.60 | Gordon: |
| | **2004   Interest income** |
| 4,144.87 | Gordon: |
| | **2003   Withdrawal of investment account** |
| 18.29 | Gordon: |
| | **2003   Interest income** |
| 28.00 | Both: |
| | **2003   Ordinary dividends, Taxable refunds** |
| 2,520.00 | Gordon: |
| | **2003   VA Disability** |
| 2,520.00 | Gordon: |
| | **2004   VA Disability** |
| 11,688.00 | Gordon: |
| | **2004   Military Retirement** |
| 589.00 | Both: |
| | **2004   Interest income, ordinary dividends, taxable refunds** |
| 2,780.00 | Both: |
| | **2005   Income tax refunds from 2004** |
| 3,075.00 | Both: |
| | **2004   Income tax refunds from 2003** |
| 3,449.00 | Both: |
| | **2003   Income tax refunds from 2002** |
| 3,500.00 | Gordon: |
| | **2004   Personal injury settlement** |

**3. Payments to creditors**

<sub>None</sub> ☐ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Pinnacle Apartments**<br>**6416 Honey Grove**<br>**Colorado Springs, CO  80918** | **Debtor Gordon Beacon only/rent per month** | **650.00** | **0.00** |
| **CitiMortgage**<br>**PO Box 9442**<br>**Gaithersberg, MD  20898** | **house/mo** | **914.00** | **144,346.01** |
| **Chase Home Equity Line Of Credit**<br>**5555 Tech Center Drive**<br>**Colorado Springs, CO  80919** | **2nd mtg/mo** | **320.00** | **49,400.00** |
| **UCCS**<br>**Austin Bluffs Parkway**<br>**Colorado Springs, CO** | **7-28-05; tuition for daughter** | **800.00** | **0.00** |
| **Michael J. Duncan, Esq.**<br>**615 North Nevada Avenue**<br>**Colorado Springs, CO  80903** | **3-05 to present; legal services** | **1,200.00** | **0.00** |
| **Lawrence K. Dean, Esq.**<br>**414 East Kiowa**<br>**Colorado Springs, CO  80903** | **7-21-05; legal services** | **750.00** | **0.00** |

<sub>None</sub> ☑ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **In Re the Marriage of: Ann Beacon, Petitioner and Gordon Beacon, Respondent** | **dissolution of marriage, legal separation** | **District Court, County of El Paso, State of Colorado, Case no:  05DR0810** | **Pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Daughter** | **daughter** | **5-05** | **$200.00; Graduation gift to daughter** |

---

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **John Turner**<br>**Attorney At Law**<br>**303 S. Cascade Avenue, Suite 101**<br>**Colorado Springs, CO  80903** | **3-26-05; 4-10-05; 4-23-05** | **1,000.00** |

---

**10. Other transfers**

None ☐ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Computershare Trust Co., Inc.**<br>**2 North LaSalle Street**<br>**Chicago, IL  60602**<br>**no relation** | **1-5-05 to 7-6-05** | **Debtor sold H-P stock; received:**<br>**$3,181.04.** |
| **Wells Fargo**<br>**no relation** | **6-05** | **Debtors sold US Savings bonds,**<br>**received $830.00.** |
| **Chapel Hills Value Car**<br>**Colorado Springs, CO**<br>**no relation** | **7-05** | **Debtors traded a 1997 Ford F150 for**<br>**a 2000 Hyundai Sonata.** |

**11. Closed financial accounts**

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **ENT Federal Credit Union**<br>**7250 Campus Drive, Suite 200**<br>**Colorado Springs, CO  80920** | **checking and savings account #'s:**<br>**421579 and 132300** | **closed 7-05** |

**12. Safe deposit boxes**

None ☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑   List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐   If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **6730 Snowbird Place, Colorado Springs, CO**<br>**80918** | **Debtor Gordon Beacon only** | **3-1-94 to 3-1-05** |

**16. Spouses and Former Spouses**

None ☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

| None | |
|---|---|
| ☑ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |

| None | |
|---|---|
| ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None | |
|---|---|
| ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

**18. Nature, location and name of business**

| None | |
|---|---|
| ☐ | a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case. |

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Beacon Imaging** | **xxx-xx-5589** | **6730 Snowbird Place Colorado Springs, CO  80918** | **personalized trading cards** | **2002** |

**This business was a sole proprietorship owned 100% by Debtor Gordon Beacon.**

| None | |
|---|---|
| ☑ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

| None | |
|---|---|
| ☐ | a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor. |

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Debtors** | |
| **Spectra Services, Inc.** | **2002-2005** |
| **2335 East Boulder Street** | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Colorado Springs, CO  80909**

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Debtors**

**Spectra Services, Inc.**
**2335 East Boulder Street**
**Colorado Springs, CO  80909**

None ☐ d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

NAME AND ADDRESS                         DATE ISSUED
**EdiFi**                                **11-04; for college grant assistance**
**450 New Karner Road**

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of this case.

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

© 1983-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **August  5, 2005** _____  Signature ***/s/ Gordon Stuart Beacon*** _____

of Debtor                                                                **Gordon Stuart Beacon**

Date: **August  5, 2005** _____  Signature ***/s/ Anne Johnston Beacon*** _____

of Joint Debtor                                                          **Anne Johnston Beacon**
(if any)

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                   Case No. _____

**Beacon, Gordon Stuart & Beacon, Anne Johnston** _____  Chapter **7** _____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 190,000.00 | | |
| B - Personal Property | Yes | 3 | 43,849.94 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 193,746.01 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 37,787.23 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 5,651.81 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,541.25 |
| Total Number of Sheets in Schedules | | 18 | | | |
| Total Assets | | | 233,849.94 | | |
| Total Liabilities | | | | 231,533.24 | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SUMMARY OF SCHEDULES

**IN RE** Beacon, Gordon Stuart & Beacon, Anne Johnston _____   Case No. _____
                                                Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **6730 Snowbird Place, Colorado Springs, CO 80918** | **JTWROS** | **J** | **190,000.00** | **193,746.01** |
| | | **TOTAL** | **190,000.00** | |

(Report also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE A - REAL PROPERTY

IN RE **Beacon, Gordon Stuart & Beacon, Anne Johnston** _____   Case No. _____
        Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC". If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash** | **H** | 8.00 |
| | | **Cash** | **W** | 14.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking & savings account at Addison Avenue Federal Credit Union, MS 1120, 1501 Page Mill Road, Palo Alto, CA  94304** | **H** | 0.00 |
| | | **Checking & savings account at Air Academy Credit Union, 1355 Kelly Johnson Blvd., Colorado Springs, CO  80920; account no:  144069** | **W** | 200.00 |
| | | **Checking account at Wells Fargo Bank, 90 South Cascade Avenue, Colorado Springs, CO 80903; account no: 762-9149613** | **H** | 200.00 |
| | | **Investment account with UBS Financial Services, Onc., 1000 Harbor Blvd. Weehawken, NJ 07086-6790, account no: NX 10044-10** | **H** | 75.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Rent deposit with Pinnacle Apartments, 6416 Honey Grove, Colorado Springs, CO  80918** | **H** | 500.00 |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **FURNITURE:  3 sofas, loveseat, chair, 3 coffee tables, 6 end tables, king bed, 3 full beds, 2 twin beds, dresser, chest of drawers, 2 nightstands, desk, TV stand, entertainment center, dining table with chairs, kitchen table with chairs, bookshelves--$1,155; APPLIANCES:  2 refrigerators, microwave, washer, dryer, stove, dishwasher, vacuum--$305; COOKWARE:  6 pots & pans, 2 sets of dishes, flatware, 30 glasses, 2 crockpots, blender, misc. china pieces, set of crystal--$355; LINENS:  10 sets of sheets, 10 misc. towels, 5 blankets, 2 comforters, 10 tablecloths--$50; LAWN & GARDEN EQUIPMENT:  lawnmower, weedeater, 4 shovels, rake, barbeque grill, patio table with chairs--$162; TOOLS:  10 screwdrivers, 10 wrenches, 2 saws, 2 hammers, 4 pair of pliers, 2 flashlights--$27; 4 lamps, 3 rugs, 3 suitcases, 25 toys, 4 board games--$67; 3 TV's--$150; 2 VCR's--$50; Stereo--$200; 2 CD players--$10; 2 DVD players--$50; Computer, monitor, printer--$200; Misc.--$50** | **J** | 2,831.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **100 CD's--$300; 50 Videotapes--$100; 50 DVD's--$250** | **J** | 650.00 |
| | | **Books:  4 magazines--$2; PICTURES:  painting, 10 pictures, 4 posters--$40** | **J** | 42.00 |
| 6.  Wearing apparel. | | **Clothing** | **J** | 1,000.00 |
| 7.  Furs and jewelry. | | **JEWELRY:  costume jewelry, wedding bands** | **J** | 200.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **3 bicycles--$500; 2 cameras--$50; Nordic Track--$75; Gazelle--$100** | **J** | 725.00 |
| | | **SPORTS EQUIPMENT:  baseball bat & equipment--$20; bowling ball, bag & shoes--$5, softball equipment--$20; 2 fishing poles--$5** | **J** | 50.00 |

**IN RE** <u>Beacon, Gordon Stuart & Beacon, Anne Johnston</u>      Case No. _____
                               Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Car insurance with California Casualty** | J | 0.00 |
| | | **Disability insurance through employer** | H | 0.00 |
| | | **Health insurance with Tri-Care Alliance** | J | 0.00 |
| | | **Homeowner's/property insurance with American Family Insurance** | J | 0.00 |
| | | **Term life insurance policy through employer** | H | 0.00 |
| | | **Term life insurance policy through employer** | W | 0.00 |
| | | **Term life insurance policy through SGLI** | H | 0.00 |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **Retirement plan with Boeing** | H | 19,000.00 |
| | | **Retirement savings account with Intel Serp Service Center, PO Box 770003, Cincinnati OH 45277-0065** | H | 4,059.94 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Debtor Gordon Beacon is owed consulting fees by Mike Wnorowski, but he has filed bankruptcy, uncollectible** | H | 8,000.00 |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1996 Geo Prizm, 141,000 miles, fair condition** | J | 1,135.00 |
| | | **2000 Hyundai Sonata, 75,000 miles, fair condition** | J | 4,300.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE B - PERSONAL PROPERTY

IN RE **Beacon, Gordon Stuart & Beacon, Anne Johnston** _____   Case No. _____
　　　　　　　　　　　Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26.  Office equipment, furnishings, and supplies. | X | | | |
| 27.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28.  Inventory. | X | | | |
| 29.  Animals. | | Dog:  llapso apso | J | 300.00 |
| 30.  Crops - growing or harvested. Give particulars. | X | | | |
| 31.  Farming equipment and implements. | X | | | |
| 32.  Farm supplies, chemicals, and feed. | X | | | |
| 33.  Other personal property of any kind not already listed. Itemize. | | Provisions and Fuel | H | 100.00 |
| | | Provisions and fuel | W | 100.00 |
| | | Unused retainer with lawyer | H | 200.00 |
| | | Unused retainer with lawyer | W | 160.00 |
| | | | **TOTAL** | **43,849.94** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

SCHEDULE B - PERSONAL PROPERTY

© 1983-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Beacon, Gordon Stuart & Beacon, Anne Johnston** _____   Case No. _____
Debtor(s)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **6730 Snowbird Place, Colorado Springs, CO 80918** | CRS §38-41-201, 201.5 | 45,000.00 | 190,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash** | CRS §§5-5-105, 13-54-104 | 75% | 8.00 |
| **Cash** | CRS §§5-5-105, 13-54-104 | 75% | 14.00 |
| **Checking & savings account at Addison Avenue Federal Credit Union, MS 1120, 1501 Page Mill Road, Palo Alto, CA  94304** | CRS §§5-5-105, 13-54-104 | 75% | 0.00 |
| **Checking & savings account at Air Academy Credit Union, 1355 Kelly Johnson Blvd., Colorado Springs, CO 80920; account no:  144069** | CRS §§5-5-105, 13-54-104 | 75% | 200.00 |
| **Checking account at Wells Fargo Bank, 90 South Cascade Avenue, Colorado Springs, CO 80903; account no: 762-9149613** | CRS §§5-5-105, 13-54-104 | 75% | 200.00 |
| **Rent deposit with Pinnacle Apartments, 6416 Honey Grove, Colorado Springs, CO 80918** | CRS §13-54-102(1)(r) | 500.00 | 500.00 |
| **FURNITURE:  3 sofas, loveseat, chair, 3 coffee tables, 6 end tables, king bed, 3 full beds, 2 twin beds, dresser, chest of drawers, 2 nightstands, desk, TV stand, entertainment center, dining table with chairs, kitchen table with chairs, bookshelves--$1,155; APPLIANCES:  2 refrigerators, microwave, washer, dryer, stove, dishwasher, vacuum--$305; COOKWARE:  6 pots & pans, 2 sets of dishes, flatware, 30 glasses, 2 crockpots, blender, misc. china pieces, set of crystal--$355; LINENS:  10 sets of sheets, 10 misc. towels, 5 blankets, 2 comforters, 10 tablecloths--$50; LAWN & GARDEN EQUIPMENT:  lawnmower, weedeater, 4 shovels, rake, barbeque grill, patio table with chairs--$162; TOOLS:  10 screwdrivers, 10 wrenches, 2 saws, 2 hammers, 4 pair of pliers, 2 flashlights--$27; 4 lamps, 3 rugs, 3 suitcases, 25 toys, 4 board games--$67; 3 TV's--$150; 2 VCR's--$50; Stereo--$200; 2 CD players--$10; 2 DVD players--$50; Computer, monitor, printer--$200; Misc.--$50** | CRS §13-54-102(1)(e) | 2,831.00 | 2,831.00 |
| **100 CD's--$300; 50 Videotapes--$100; 50 DVD's--$250** | CRS §13-54-102(1)(e) | 650.00 | 650.00 |

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Beacon, Gordon Stuart & Beacon, Anne Johnston** _____  Case No. _____

Debtor(s)

### SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **Books:  4 magazines--$2; PICTURES: painting, 10 pictures, 4 posters--$40** | **CRS §13-54-102(1)(c)** | **42.00** | **42.00** |
| **Clothing** | **CRS §13-54-102(1)(a)** | **1,000.00** | **1,000.00** |
| **JEWELRY:  costume jewelry, wedding bands** | **CRS §13-54-102(1)(b)** | **200.00** | **200.00** |
| **3 bicycles--$500; 2 cameras--$50; Nordic Track--$75; Gazelle--$100** | **CRS §13-54-102(1)(e)** | **725.00** | **725.00** |
| **Term life insurance policy through employer** | **CRS §13-54-102(l)(l)(A)** | **100%** | **0.00** |
| **Term life insurance policy through employer** | **CRS §13-54-102(l)(l)(A)** | **100%** | **0.00** |
| **Term life insurance policy through SGLI** | **CRS §13-54-102(l)(l)(A)** | **100%** | **0.00** |
| **Retirement plan with Boeing** | **CRS §13-54-102(1)(s)** | **19,000.00** | **19,000.00** |
| **Retirement savings account with Intel Serp Service Center, PO Box 770003, Cincinnati OH  45277-0065** | **CRS §13-54-102(1)(s)** | **4,059.94** | **4,059.94** |
| **1996 Geo Prizm, 141,000 miles, fair condition** | **CRS §13-54-102(1)(j)(l)** | **1,135.00** | **1,135.00** |
| **2000 Hyundai Sonata, 75,000 miles, fair condition** | **CRS §13-54-102(1)(j)(l)** | **4,300.00** | **4,300.00** |
| **Provisions and Fuel** | **CRS §13-54-102(1)(f)** | **100.00** | **100.00** |
| **Provisions and fuel** | **CRS §13-54-102(1)(f)** | **100.00** | **100.00** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

IN RE **Beacon, Gordon Stuart & Beacon, Anne Johnston** _____ Case No. _____

Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively,  in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1983-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL ......... UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Chase Home Equity Line Of Credit**<br>**5555 Tech Center Drive**<br>**Colorado Springs, CO  80919** | | J | 6730 Snowbird Place, Colorado Springs, CO 2-3-04; home equity line-of-credit<br><br>Value $        **190,000.00** | | | | **49,400.00** |
| Account No.<br>**CHASE HELOC**<br>**6465 South Greenwood Plaza Blvd.**<br>**Centennial, CO  80111** | | | Assignee or other notification for:<br>**Chase Home Equity Line Of Credit**<br><br>Value $ | | | | |
| Account No. **0011395016-6**<br>**CitiMortgage**<br>**PO Box 9442**<br>**Gaithersberg, MD  20898** | | J | 6730 Snowbird Place, Colorado Springs, CO 2-3-04; loan for purchase of home<br><br>Value $        **190,000.00** | | | | **144,346.01**<br>.........<br>**3,746.01** |
| Account No.<br>**CitiMortgage**<br>**PO Box 8003**<br>**South Hackensack, NJ  07606-8003** | | | Assignee or other notification for:<br>**CitiMortgage**<br><br>Value $ | | | | |
| Account No.<br>**CitiMortgage**<br>**Customer Service**<br>**PO Box 790001**<br>**St. Louis, MO  63179-0001** | | | Assignee or other notification for:<br>**CitiMortgage**<br><br>Value $ | | | | |

_____ **0** Continuation Sheets attached

|  | Subtotal<br>(Total of this page) | **193,746.01** |
|---|---|---|
|  | (Complete only on last sheet of Schedule D)   **TOTAL** | **193,746.01** |
|  | (Report total also on Summary of Schedules) | |

IN RE  Beacon, Gordon Stuart & Beacon, Anne Johnston _____  Case No. _____
                          Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS

(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** Continuation Sheets attached

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Beacon, Gordon Stuart & Beacon, Anne Johnston** _____ Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **232570** <br><br> **Addison Avenue Federal Credit Union** <br> **MS 1120** <br> **1501 Page Mill Road** <br> **Palo Alto, CA  94304** | | J | **2005; overdraft protection** | | | | 800.00 |
| Account No. **4011-0800-0031-8106** <br><br> **Addison Avenue Federal Credit Union** <br> **MS 1120** <br> **1501 Page Mill Road** <br> **Palo Alto, CA  94304** | | J | **2-05; credit card purchases of goods and services** | | | | 797.41 |
| Account No. <br><br> **Addison Avenue FCU-VISA** <br> **Customer Service** <br> **PO Box 31112** <br> **Tampa, FL  33631-3112** | | | **Assignee or other notification for: Addison Avenue Federal Credit Union** | | | | |
| Account No. **5291-4917-6136-3918** <br><br> **Capital One Bank-Collection** <br> **PO Box 85015** <br> **Richmond, VA  23276** | | J | **3-05; credit card purchases of goods and services** | | | | 5,954.00 |
| Account No. <br><br> **Capital One Bank-Collection** <br> **PO Box 85617** <br> **Richmond, VA  23276** | | | **Assignee or other notification for: Capital One Bank-Collection** | | | | |

_____ **3** Continuation Sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | 7,551.41 |
| (Complete only on last sheet of Schedule F)  **TOTAL** | |

(Report total also on Summary of Schedules)

**IN RE** <u>Beacon, Gordon Stuart & Beacon, Anne Johnston</u>  Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Capital One Services--VA**<br>**1957 Westmoreland Road**<br>**Richmond, VA  23276-5617** | | | Assignee or other notification for:<br>**Capital One Bank-Collection** | | | | |
| Account No. **4417129753252365**<br>**CHASE Receivables-Sonoma**<br>**1247 Broadway**<br>**Sonoma, CA  95476** | | J | **3-05; credit card purchases of goods and services** | | | | **537.68** |
| Account No.<br>**CHASE Recovery Dept.**<br>**Recovery Dept. 4/H1**<br>**100 Duffy Avenue**<br>**Hicksville, NY  11801-3699** | | | Assignee or other notification for:<br>**CHASE Receivables-Sonoma** | | | | |
| Account No.<br>**JP Morgan CHASE**<br>**PO Box 52176**<br>**Phoenix, AZ  85072-2176** | | | Assignee or other notification for:<br>**CHASE Receivables-Sonoma** | | | | |
| Account No. **6879450119005598423**<br>**Dell Financial Services**<br>**Payment Processing Center**<br>**PO Box 4125**<br>**Carol Stream, IL  60197-4125** | | J | **5-04; credit card purchases of goods and services** | | | | **1,248.17** |
| Account No.<br>**Dell Financial Services-Austin**<br>**Mail Processing Dept.**<br>**3500-A Wadley Place**<br>**Austin, TX  78728** | | | Assignee or other notification for:<br>**Dell Financial Services** | | | | |
| Account No.<br>**LTD Financial Services, LP**<br>**7322 Southwest Freeway**<br>**Suite 1600**<br>**Houston, TX  77074** | | | Assignee or other notification for:<br>**Dell Financial Services** | | | | |

Sheet _____ **1** of _____ **3** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    **1,785.85**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1983-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Beacon, Gordon Stuart & Beacon, Anne Johnston** _____ Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Delta Dental Plan Of Colorado**<br>PO Box 173803<br>Denver, CO  80217-3803 | | J | 2004; purchase of services | | | | 1,200.00 |
| Account No. **130320**<br>**ENT Federal Credit Union**<br>7250 Campus Drive, Suite 200<br>Colorado Springs, CO  80920 | | J | 3-05; line-of-credit | | | | 2,886.00 |
| Account No.<br>**ENT Federal Credit Union**<br>7250 Campus Drive, Suite 200<br>Colorado Springs, CO  80920 | | J | 5-05; line-of-credit | | | | 800.00 |
| Account No.<br>**Jay B. Caldwell, D.D.S.**<br>1711 North Murray<br>Suite A<br>Colorado Springs, CO  80915 | | J | 8-04; purchase of services | | | | 1,116.80 |
| Account No. **1401066764**<br>**JC Penney Card Bank-El Paso**<br>PO Box 981133<br>El Paso, TX  79998-1133 | | J | 2005; credit card purchases of goods and services | | | | 75.72 |
| Account No.<br>**JC Penney Card Bank-El Paso**<br>PO Box 981131<br>El Paso, TX  79998 | | | Assignee or other notification for:<br>JC Penney Card Bank-El Paso | | | | |
| Account No. **5490-9942-0002-0667**<br>**MBNA America**<br>PO Box 15027<br>Wilmington, DE  19850-5027 | | W | 2-05; credit card purchases of goods and services and balance transfer | | | | 22,000.00 |

Sheet _____ **2** of _____ **3** Continuation Sheets attached to Schedule F

| | Subtotal<br>(Total of this page) | 28,078.52 |
|---|---|---|
| | (Complete only on last sheet of Schedule F) **TOTAL** | |
| | (Report total also on Summary of Schedules) | |

© 1983-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Beacon, Gordon Stuart & Beacon, Anne Johnston** _____ Case No. _____
                                              Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**MBNA America-Collection<br>PO Box 15019<br>Wilmington, DE  19850-5019** | | | Assignee or other notification for:<br>MBNA America | | | | |
| Account No.<br>**MBNA Bankruptcy Department<br>PO Box 15971<br>Wilmington, DE  19850-5971** | | | Assignee or other notification for:<br>MBNA America | | | | |
| Account No. **7788-0449-775**<br>**Mervyn's C/O Retailers N'tl<br>Mervyns Credit Srv 2C-G<br>PO Box 9386<br>Minneapolis, MN  55440** | | J | 2005; credit card purchases of goods and services | | | | 57.51 |
| Account No.<br>**Mervyn's<br>PO Box 1334<br>Minneapolis, MN  55440-1334** | | | Assignee or other notification for:<br>Mervyn's C/O Retailers N'tl | | | | |
| Account No.<br>**Sunshine Readers<br>PO Box 935<br>Anoka, MN  55303** | | W | 2004; purchase of goods | | | | 313.94 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet _____ **3** of _____ **3** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)  **371.45**

(Complete only on last sheet of Schedule F)  **TOTAL**  **37,787.23**
(Report total also on Summary of Schedules)

© 1983-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Beacon, Gordon Stuart & Beacon, Anne Johnston** _____ Case No. _____
_____
Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Pinnacle Apartments**<br>**6416 Honey Grove**<br>**Colorado Springs, CO  80918** | **Lease between Pinnacle Apartments, landlord and Gordon Beacon, tenant, for residence, lease expires 10-05.** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

IN RE **Beacon, Gordon Stuart & Beacon, Anne Johnston** _____   Case No. _____
                                Debtor(s)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Beacon, Gordon Stuart & Beacon, Anne Johnston** _____ Case No. _____
                          Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Separated** | RELATIONSHIP | AGE |
| | **Daughter** | **22** |
| | **Daughter** | **20** |
| | **Daughter** | **18** |
| | **Son** | **16** |
| | **Son** | **16** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Training Specialist** | **Paraprofessional** |
| Name of Employer | **The Boeing Company** | **District 20 Schools** |
| How long employed | **6-03 To Present** | **9-97 To Present** |
| Address of Employer | **320 Wooten Road** | **7610 North Union Blvd.** |
| | **Colo. Spgs., CO 80906** | **Colo. Spgs., CO 80920** |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rata if not paid monthly) | $ **5,349.59** | $ **1,393.34** |
| Estimated monthly overtime | $ | $ |
| **SUBTOTAL** | $ **5,349.59** | $ **1,393.34** |
| LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and Social Security | $ **1,059.02** | $ **91.19** |
|   b. Insurance | $ **130.15** | $ **203.52** |
|   c. Union dues | $ | $ |
|   d. Other (specify)  **See Schedule Attached** | $ **534.96** | $ **117.28** |
| | $ | $ |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ **1,724.13** | $ **411.99** |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ **3,625.46** | $ **981.35** |
| | | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| Income from real property | $ | $ |
| Interest and dividends | $ | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| Social Security or other government assistance (Specify) **VA Disability** | $ **210.00** | $ |
| | $ | $ |
| Pension or retirement income | $ **835.00** | $ |
| Other monthly income (Specify) _____ | $ | $ |
| | $ | $ |
| | $ | $ |
| **TOTAL MONTHLY INCOME** | $ **4,670.46** | $ **981.35** |

**TOTAL COMBINED MONTHLY INCOME $ _____ 5,651.81** (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Beacon, Gordon Stuart & Beacon, Anne Johnston** _____ Case No. _____
                                                          Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

|  | DEBTOR | SPOUSE |
|---|---|---|
| Other Payroll Deductions: |  |  |
| **Voluntary Investment Plan** | **160.49** |  |
| **Additional Voluntary Investment Plan** | **374.47** |  |
| **PERA** |  | **103.55** |
| **NEA Cl Pt** |  | **13.73** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Beacon, Gordon Stuart & Beacon, Anne Johnston** _____ Case No. _____
_____
Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☑ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 650.00 |
| Are real estate taxes included?   Yes ____  No ✓ | | |
| Is property insurance included?   Yes ____  No ✓ | | |
| Utilities:  Electricity and heating fuel | $ | 60.00 |
| Water and sewer | $ | |
| Telephone | $ | 60.00 |
| Other **Cable** | $ | 60.00 |
| | $ | |
| | $ | |
| Home maintenance (repairs and upkeep) | $ | |
| Food | $ | 250.00 |
| Clothing | $ | 50.00 |
| Laundry and dry cleaning | $ | 20.00 |
| Medical and dental expenses | $ | 100.00 |
| Transportation (not including car payments) | $ | 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 95.00 |
| Charitable contributions | $ | |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | |
| Life | $ | |
| Health | $ | 38.33 |
| Auto | $ | 390.00 |
| Other | $ | |
| | $ | |
| | $ | |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | |
| | $ | |
| | $ | |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | |
| Other | $ | |
| | $ | |
| Alimony, maintenance, and support paid to others | $ | |
| Payments for support of additional dependents not living at your home | $ | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| Other **Personal Hygiene** | $ | 80.00 |
| **Emergencies/Incidentals** | $ | 50.00 |
| | $ | |
| | $ | |
| | $ | |

| | | |
|---|---|---:|
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | $ | 2,103.33 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.  Total projected monthly income | $ | |
| B.  Total projected monthly expenses | $ | |
| C.  Excess income (A minus B) | $ | |
| D.  Total amount to be paid into plan each _____ | $ | |
| (interval) | | |

**SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE  Beacon, Gordon Stuart & Beacon, Anne Johnston _____  Case No. _____
                                          Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

|  | | SPOUSE |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 914.00 |
| Are real estate taxes included?    Yes ✓   No ____ | | |
| Is property insurance included?   Yes ✓   No ____ | | |
| Utilities:  Electricity and heating fuel | $ | 125.00 |
| Water and sewer | $ | 50.00 |
| Telephone | $ | 139.73 |
| Other **Cell Phones** | $ | 225.00 |
| **Trash** | $ | 16.00 |
| **Cable And Internet** | $ | 113.19 |
| Home maintenance (repairs and upkeep) | $ | 100.00 |
| Food | $ | 800.00 |
| Clothing | $ | 180.00 |
| Laundry and dry cleaning | $ | 40.00 |
| Medical and dental expenses | $ | |
| Transportation (not including car payments) | $ | 100.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 95.00 |
| Charitable contributions | $ | 10.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | |
| Life | $ | |
| Health | $ | |
| Auto | $ | |
| Other | $ | |
|  | $ | |
|  | $ | |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | |
|  | $ | |
|  | $ | |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | |
| Other **Second Mortgage** | $ | 320.00 |
|  | $ | |
| Alimony, maintenance, and support paid to others | $ | |
| Payments for support of additional dependents not living at your home | $ | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| Other **Pet Expenses** | $ | 30.00 |
| **Personal Hygiene** | $ | 100.00 |
| **Emergencies/Incidentals** | $ | 50.00 |
| **School Activities** | $ | 30.00 |
|  | $ | |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | $ | 3,437.92 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.
   A.  Total projected monthly income                                    $ _____
   B.  Total projected monthly expenses                                $ _____
   C.  Excess income (A minus B)                                       $ _____
   D.  Total amount to be paid into plan each _____ $ _____
                                            (interval)

**SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Beacon, Gordon Stuart & Beacon, Anne Johnston                    Case No. _____
                          Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **19** sheets, and that
                                                                                                (Total shown on summary page plus 1)
they are true and correct to the best of my knowledge, information, and belief.


Date: **August  5, 2005** _____        Signature: **_/s/ Gordon Stuart Beacon_** _____
                                                         **Gordon Stuart Beacon**                                    Debtor

Date: **August  5, 2005** _____        Signature: **_/s/ Anne Johnston Beacon_** _____
                                                         **Anne Johnston Beacon**                          (Joint Debtor, if any)

                                                                     [If joint case, both spouses must sign.]

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that
I have provided the debtor with a copy of this document.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer                Social Security No.
                                                                     (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each
person.

_____        _____
Signature of Bankruptcy Petition Preparer                            Date

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result_
_in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a
member or an authorized agent of the partnership) of the _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and
schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
                         (Total shown on summary page plus 1)


Date: _____        Signature: _____

                                             _____
                                             (Print or type name of individual signing on behalf of debtor)

              [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**UNITED STATES BANKRUPTCY COURT**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR**

> The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Neither the judge nor the court's employees may provide you with legal advice.

**Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)***

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under Chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)***

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually the period allowed by the court to repay your debts is three years, but not more than five years. Your plan must be approved by the court before it can take effect.

3. Under Chapter 13, unlike Chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)***

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision for an individual to file a Chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)***

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to a Chapter 13. The eligibility requirements are restrictive, limiting its use to those who income arises primarily from a family owned farm.

* Fees are subject to change and should be confirmed before filing.

**ACKNOWLEDGEMENT**

I, the debtor, affirm that I have read this notice.

_____
Case Number

August  5, 2005     */s/ Gordon Stuart Beacon*     */s/ Anne Johnston Beacon*
Date     **Gordon Stuart Beacon**     Debtor     **Anne Johnston Beacon**     Joint Debtor, if any

**INSTRUCTIONS**: If the debtor is an individual, a copy of this notice personally signed by the debtor must accompany any bankruptcy petition filed with the Clerk. If filed by joint debtors, the notice must be personally signed by each. Failure to comply may result in the petition not being accepted for filing.

NOTICE TO INDIVIDUAL CONSUMER DEBTOR

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                    Case No. _____

**Beacon, Gordon Stuart & Beacon, Anne Johnston** _____    Chapter **7** _____
                                 Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **August  5, 2005** _____    Signature: *__/s/ Gordon Stuart Beacon__* _____
                                             **Gordon Stuart Beacon**                                     Debtor


Date: **August  5, 2005** _____    Signature: *__/s/ Anne Johnston Beacon__* _____
                                             **Anne Johnston Beacon**                          Joint Debtor, if any

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] · Forms Software Only

**VERIFICATION OF CREDITOR MATRIX**

Addison Avenue FCU-VISA
Customer Service
PO Box 31112
Tampa, FL  33631-3112


Addison Avenue Federal Credit Union
MS 1120
1501 Page Mill Road
Palo Alto, CA  94304


Capital One Bank-Collection
PO Box 85015
Richmond, VA  23276


Capital One Bank-Collection
PO Box 85617
Richmond, VA  23276


Capital One Services--VA
1957 Westmoreland Road
Richmond, VA  23276-5617


CHASE HELOC
6465 South Greenwood Plaza Blvd.
Centennial, CO  80111


Chase Home Equity Line Of Credit
5555 Tech Center Drive
Colorado Springs, CO  80919


CHASE Receivables-Sonoma
1247 Broadway
Sonoma, CA  95476

```
CHASE Recovery Dept.
Recovery Dept. 4/H1
100 Duffy Avenue
Hicksville, NY  11801-3699


CitiMortgage
PO Box 9442
Gaithersberg, MD  20898


CitiMortgage
PO Box 8003
South Hackensack, NJ  07606-8003


CitiMortgage
Customer Service
PO Box 790001
St. Louis, MO  63179-0001


Dell Financial Services
Payment Processing Center
PO Box 4125
Carol Stream, IL  60197-4125


Dell Financial Services-Austin
Mail Processing Dept.
3500-A Wadley Place
Austin, TX  78728


Delta Dental Plan Of Colorado
PO Box 173803
Denver, CO  80217-3803


ENT Federal Credit Union
7250 Campus Drive, Suite 200
Colorado Springs, CO  80920
```

```
Jay B. Caldwell, D.D.S.
1711 North Murray
Suite A
Colorado Springs, CO  80915


JC Penney Card Bank-El Paso
PO Box 981133
El Paso, TX  79998-1133


JC Penney Card Bank-El Paso
PO Box 981131
El Paso, TX  79998


JP Morgan CHASE
PO Box 52176
Phoenix, AZ  85072-2176


LTD Financial Services, LP
7322 Southwest Freeway
Suite 1600
Houston, TX  77074


MBNA America
PO Box 15027
Wilmington, DE  19850-5027


MBNA America-Collection
PO Box 15019
Wilmington, DE  19850-5019


MBNA Bankruptcy Department
PO Box 15971
Wilmington, DE  19850-5971
```

```
Mervyn's
PO Box 1334
Minneapolis, MN  55440-1334


Mervyn's C/O Retailers N'tl
Mervyns Credit Srv 2C-G
PO Box 9386
Minneapolis, MN  55440


Pinnacle Apartments
6416 Honey Grove
Colorado Springs, CO  80918


Sunshine Readers
PO Box 935
Anoka, MN  55303
```